UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Case No.  11-cr-20791
Hon. Matthew F. Leitman

TIMOTHY JOHN KIRN,

   Defendant.
_____/

## ORDER DENYING DEFENDANT'S
## MOTION FOR COMPASSIONATE RELEASE (ECF No. 30)

On July 1, 2020, Defendant Timothy John Kirn filed a motion for compassionate release. (*See* Mot., ECF No. 30.)  The Court held hearings on Kirn's motion on July 22, 2020, and September 22, 2020.  For the reasons stated on the record during the motion hearing on September 22, 2020, Kirn's motion is **DENIED**.

   **IT IS SO ORDERED**.

                               s/Matthew F. Leitman
                               MATTHEW F. LEITMAN
                               UNITED STATES DISTRICT JUDGE

Dated:  September 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 23, 2020, by electronic means and/or ordinary mail.

s/ Holly A. Monda
Case Manager
(810) 341-9764
